IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANA L. RAMSEY, AS ADMINISTRATRIX, | : | |
| OF THE ESTATE OF MEGAN LOUISE | : | |
| RAMSEY, DECEASED, AND AS PARENT AND | : | |
| LEGAL GUARDIAN OF MEGAN LOUISE | : | CIVIL ACTION |
| RAMSEY IN HER OWN RIGHT, | : | NO. 16-299 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE DEVEREUX FOUNDATION, | : | |
| (d/b/a DEVEREUX POCONO CENTER), | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 22nd day of July, 2016, upon consideration of Defendant's Motion to Dismiss Based on Lack of Subject Matter Jurisdiction, Or, In the Alternative, Motion to Transfer Venue, (Dkt No. 7), and Plaintiff's Response in Opposition of Defendant's Motion, (Dkt No. 8), it is hereby ORDERED that said Motion is GRANTED IN PART, DENIED IN PART as follows:

1. Insofar as Defendant moves to dismiss Plaintiff's Complaint, Defendant's Motion, (Dkt No. 7), is DENIED.
2. Insofar as Defendant moves to transfer venue to the Middle District of Pennsylvania, Defendant's Motion, (Dkt No. 7), is GRANTED.

FURTHER, it is hereby ORDERED that this matter shall be transferred to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1404(a).

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II      J.